**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **GENES CONSTRUCTION, LLC,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. ____________** |
| | § | |
| **SMYRNA READY MIX CONCRETE,** | § | |
| **LLC, AND JOHN DOE DRIVER,** | § | |
| **DEFENDANTS.** | § | **JURY TRIAL DEMANDED** |

**DEFENDANT SMYRNA READY MIX CONCRETE, LC'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Smyrna Ready Mix Concrete, LLC, Defendant in the above entitled and numbered cause files this notice of removal under 28 U.S.C. §1446(a).

## A. Introduction

1. Plaintiff Genes Construction, LLC, is a limited liability company, who appears by and through James C. Mosser of Mosser Law PLLC.

2. Defendant Smyrna Ready Mix Concrete, LLC is a Tennessee company, incorporated only in Tennessee, with its principal place of business at 1000 Hollingshead Circle, Murfreesboro,Tennessee 37129. All of the members (Jeff Hollingshead, Mike Hollingshead and Ryan Hollingshead) of Smyrna Ready Mix Concrete, LLC are located in and are citizens of Tennessee. Smyrna Ready Mix Concrete appears in this action by and through Wesley W. Chambers, Ayik & Associates, 1301 E. Collins Blvd., Suite 490, Richardson, Texas 75081.

3. There is complete diversity of citizenship as Plaintiff is a citizen of Texas and Defendant Smyrna Ready Mix Concrete is incorporated only in Tennessee with its principal place

of business only in Tennessee and its members are not citizens of Texas, but are citizens and residents of Tennessee.

4. On September 27, 2022, Plaintiff sued Defendant for property damage and loss of use of the property. The suit was filed in the in the 192nd Judicial District Court of Dallas County, Texas.

5. Defendant Smyrna Ready Mix Concrete, LLC was served with the suit on or about October 12, 2022. There is complete diversity as the Defendant is not a corporation doing business in the State of Texas.

**B. Basis for Removal**

6. Removal is proper because there is complete diversity between the parties. 28 U.S.C. §1332(a); *Darden v. Ford Consumer Fin. Co.*, 200 F.3d 753, 755 (11th Cir. 2000). Plaintiff is a Texas limited liability company with its principal place of business in Texas. Defendant Smyrna Ready Mix Concrete, LLC is a Tennessee incorporated company with its principal place of business at 1400 East 39th Street, Chattanooga, Tennessee 37407. Defendant Smyrna Ready Mix is a Tennessee company with its principal place of business at 1400 East 39th Street, Chattanooga, Tennessee 37407. All of the members (Jeff Hollingshead, Mike Hollingshead and Ryan Hollingshead) of Smyrna Ready Mix Concrete, LLC are located in and are citizens of Tennessee (*See* Morrison Affidavit attached as Ex. A). The amount in controversy exceeds $75,000.00, excluding interest, costs, and attorney fees as set forth in the Original Petition filed in the state court seeking monetary relief of over $250,000.00 but not more than $1,000,000.00. 28 U.S.C. §1332(a).

7. All pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. §1446(a).

8. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the action has been pending is located in this district.

9. Defendant will promptly file a copy of this Notice of Removal with the clerk of the state court where the action has been pending.

## C. Jury Demand

**10.** Plaintiff and Defendant demanded a jury in the state court action.

## D. Conclusion

11. This Court has the proper jurisdiction in this matter as there is a complete diversity of the parties and the amount in controversy exceeds $75,000.00, excluding interest, costs, and attorney fees. For these reasons, Defendant Smyrna Ready Mix Concrete, LLC requests the Court to remove the action to this federal court.

Respectfully Submitted,

/s/ *Wesley W. Chambers*

WESLEY W. CHAMBERS
Texas Bar No. 04083500
AYIK & ASSOCIATES
1301 E. Collins Blvd., Suite 490
Richardson, TX 75081
Direct Telephone: 214-570-628
Facsimile: 214-570-6262
Email: wwchambe@travelers.com
ATTORNEYS FOR DEFENDANT
SMYRNA READY MIX CONCRETE

## CERTIFICATE OF SERVICE

This is to certify that, on this the 3rd day of November, a true and correct copy of the foregoing document was forwarded to all counsel of record as follows pursuant to the FEDERAL RULES OF CIVIL PROCEDURE.

| | | |
|---|---|---|
| James C. Mosser | ____ | Hand Delivery |
| Nicholas D. Mosser | ____ | Facsimile |
| Jacob R. Barfield | ____ | Certified Mail, Return Receipt Requested |
| Mosser Law PLLC | ____ | Receipted Commercial Delivery |
| 8100 Dallas Parkway, Suite 115A | ____ | Regular U.S. Mail |
| Plano, TX 75024 | _x_ | Electronic E-service |
| Email: courtdocuments@mosserlaw.com | | |
| Attorneys for Plaintiff Genes Construction, LLC | | |

/s/ *Wesley W. Chambers*
WESLEY W. CHAMBERS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **GENES CONSTRUCTION, LLC,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. __________** |
| | § | |
| **SMYRNA READY MIX CONCRETE,** | § | |
| **LLC, AND JOHN DOE DRIVER,** | § | |
| **DEFENDANTS.** | § | **JURY TRIAL DEMANDED** |

**AFFIDAVIT OF JIM MORRISON**

STATE OF TENNESSEE §
§
COUNTY OF HAMILTON §

Before me, the undersigned authority, personally appeared Jim Morrison, who being duly sworn by me, deposed and testified as follows:

I am over the age of twenty-one (21), of sound mind and fully competent to testify. I have never been convicted of a crime involving moral turpitude. I have personal knowledge of the facts set forth in this Affidavit, and said facts are true and correct, based on my personal knowledge.

I am currently employed as the Safety Director of Smyrna Ready Mix Concrete, LLC. I have been employed with Smyrna Ready Mix Concrete, LLC for two years. Smyrna Ready Mix Concrete, LLC is incorporated in Tennessee with its principal place of business at 1000 Hollingshead Circle, Murfreesboro, Tennessee 37129. All of the members (Jeff Hollingshead, Mike Hollingshead and Ryan Hollingshead) of Smyrna Ready Mix Concrete, LLC are located in and are citizens of Tennessee.

Further Affiant sayeth not.

Jim Morrison

SUBSCRIBED AND SWORN TO before me on this the 3rd day of November, 2022, to which certify my hand and official seal.

Veda Turner
Notary Public

My commission expires:

4/15/2025

Veda Turner
State of Tennessee Notary Public
Marion County

**STATE COURT ACTION DOCUMENT INDEX**

1. State Court Action Docket Sheet;
2. Plaintiff's Original Petition filed September 27, 2022;
3. Plaintiff's Notice for Issuance of Citation filed October 5, 2022;
4. Citation Issued October 10, 2022;
5. Return of Service filed October 17, 2022;
6. Defendant Smyrna Ready Mix Concrete, LLC's Original Answer filed October 27, 2022;
7. Uniform Scheduling Order (Level 3) dated October 27, 2022;
8. Notice from Court to Smyrna Ready Mix Concrete, LLC of Order being signed on October 27, 2022;
9. Notice form Court to John Doe Driver of Order being signed on October 27, 2022;
10. Notice from Court to John C. Mosser of Order being signed on October 27, 2022;
11. Notice from Court to John Doe Driver of Non-Jury Trial dated October 27, 2022;
12. Notice form Court to James C. Mosser of Non-Jury Trial dated October 27, 2022; and
13. Notice from Court to Smyrna Ready Mix Concrete, LLC of Non-Jury Trial dated October 27, 2022.

FELICIA PITRE, DISTRICT CLERK

# DOCKET SHEET

## CASE NO. DC-22-13436

| | | |
|---|---|---|
| GENES CONSTRUCTION, LLC<br>VS.<br>SMYRNA READY MIX CONCRETE, LLC,, et al | §<br>§<br>§<br>§ | Location: **192nd District Court**<br>Judicial Officer: **WILLIAMS, KRISTINA M**<br>Filed on: **09/27/2022** |

### CASE INFORMATION

Case Type: **OTHER (CIVIL)**

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **PLAINTIFF** | **GENES CONSTRUCTION, LLC** | **MOSSER, JAMES C**<br>*Retained*<br>972-733-3223 x101(W) |
| **DEFENDANT** | **DRIVER, JOHN DOE** | |
| | **SMYRNA READY MIX CONCRETE, LLC,** | **CHAMBERS, WESLEY WADE**<br>*Retained*<br>214-570-6300(W) |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 09/27/2022 | NEW CASE FILED (OCA) - CIVIL | |
| 09/27/2022 | ORIGINAL PETITION | |
| 10/05/2022 | CORRESPONDENCE - LETTER TO FILE<br>*REQUEST FOR SERVICE - CITATION* | |
| 10/05/2022 | ISSUE CITATION | |
| 10/10/2022 | **CITATION**<br>SMYRNA READY MIX CONCRETE, LLC,<br>Served: 10/12/2022<br>*SMYRNA READY MIX CONCRETE LLC* | |
| 10/17/2022 | RETURN OF SERVICE<br>*AFFIDAVIT OF SERVICE - EXECUTED CITATION - SMYRNA READY MIX CONCRETE, LLC* | |
| 10/27/2022 | ORIGINAL ANSWER - GENERAL DENIAL<br>Party: DEFENDANT SMYRNA READY MIX CONCRETE, LLC, | |
| 10/27/2022 | SCHEDULING ORDER<br>*UNIFORM / LEVEL 3* | *Vol./Book 0, Page 0, 2 pages* |
| 04/08/2024 | **Non Jury Trial** (9:00 AM) (Judicial Officer: SMITH, CRAIG ;Location: 192ND DISTRICT COURT) | |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **PLAINTIFF** GENES CONSTRUCTION, LLC | |
| | Total Charges | 358.00 |
| | Total Payments and Credits | 358.00 |
| | **Balance Due as of 11/01/2022** | 0.00 |

| | | | |
|---|---|---|---|
| 09/27/2022 | Charge | PLAINTIFF GENES CONSTRUCTION, LLC | 350.00 |
| 09/27/2022 | CREDIT CARD - Receipt # 61297-2022-DCLK TEXFILE (DC) | PLAINTIFF GENES CONSTRUCTION, LLC | (213.00) |
| 09/27/2022 | Credit | PLAINTIFF GENES CONSTRUCTION, LLC | (137.00) |
| 10/08/2022 | Charge | PLAINTIFF GENES CONSTRUCTION, LLC | 8.00 |
| 10/08/2022 | CREDIT CARD - Receipt # 64155-2022-DCLK TEXFILE (DC) | PLAINTIFF GENES CONSTRUCTION, LLC | (8.00) |

FILED
9/27/2022 3:21 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Connie Jones DEPUTY

DC-22-13436

CAUSE NO.__________________

| | |
|---|---|
| Genes Construction, LLC<br>Plaintiff, | IN THE DISTRICT COURT |
| v. | 192nd JUDICIAL DISTRICT |
| Smyrna Ready Mix Concrete, LLC,<br>and John Doe Driver<br>Defendant. | DALLAS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff, Genes Construction, LLC, file this original petition against defendant, Smyrna Ready Mix Concrete, LLC, and alleges as follows:

### DISCOVERY-CONTROL PLAN

1. Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.4 and affirmatively pleads that this suit is not governed by the expedited actions process in Texas Rule of Civil Procedure 169, plaintiff seeks monetary relief over $250,000.00.

### CLAIM FOR RELIEF

2. Plaintiff seeks monetary relief over $250,000 but not more than $1,000,000, plus attorney's fees and costs.

### PARTIES

3. Plaintiff, Genes Construction, LLC, is a limited liability company its registered agent is, Mosser Law PLLC, at 8100 Dallas Parkway, Suite 115A, Plano, TX 75024.
4. CITATION REQUESTED: DEFENDANT, Smyrna Ready Mix Concrete, LLC, is a limited liability company, registered in Texas, whose address is 2895 W Commerce St, Dallas, TX 75212, and may be served with process through its registered agent Jeffrey Hollingshead, 5303 S. Lake Houston Pkwy Houston, Texas 77049. CITATION REQUESTED
5. John Doe Driver, the driver of the Smyrna Ready Mix Concrete truck.
6. PLEASE DELIVER THE CITATION TO MOSSER LAW PLLC, VIA ESERV to CourtDocuments@MosserLaw.com.

### VENUE

7. Venue for this suit is Dallas County Texas. This suit arises from negligence done by DEFENDANT against Plaintiff while DEFENDANT was doing business and operating a concrete deliver truck at 14325 Gillis Road, Famers Branch, Dallas County Texas.

### FACTS

8. Paragraphs 1 through 38 are incorporated *in haec verba*.
9. On April 4, 2022, at 14325 Gillis Road Farmers Branch, Dallas County, Texas 75244, a

John Doe Driver of the Smyrna Ready Mix Concrete truck and Agent for Smyrna Ready Mix Concrete LLC in the above captioned case crashed into and destroyed, Plaintiff's 2018 Transcrete P60 concrete pump, hereinafter "Pump," while driving and operating a Smyrna Ready Mix Concrete, LLC concrete mixer delivery truck for the benefit of the Defendant Smyrna Ready Mix Concrete LLC.

10. DEFENDANT filed an insurance claim for the crash that occurred on April 4, 2022, with the defendant's insurance provider Travelers Property Casualty Company of America on April 13, 2022, incident claim number FWH6865, hereinafter "Claim." See Exhibit A. Defendants failed to pay the amount claimed.

11. On or about April 28, 2022, Plaintiff emailed Bryan Ernst, Technical Specialist, Heavy Equipment Claim agent for Travelers Property Casualty Company of America, an estimate from Texas Concrete Pump Services, LLC for the cost of repairs only for Plaintiff's Pump which was issued on April 20, 2022. See Exhibit B.

12. The amount for estimated repairs at that time for Plaintiff's Pump was $36,313.40, however no parts were available to repair the pump, and there was no information of when parts would be available, but an 8-month delay was anticipated. Id.

13. On or about April 28, 2022, Mr. Ernst emailed Plaintiff that Travelers Property Casualty Company of America was considering the unit, which was the subject of the Claim, as "a total loss." Id.

14. On or about May 3, 2022, Mr. Ernst confirmed by email that the Claim was transferred to Travelers Property Casualty Company of America's total loss department. See Exhibit C.

15. On or about May 12, 2022, Plaintiff received a price quote from Pumphaus.com LLP, showing that the amount for replacing Plaintiff's Pump, with lesser horsepower than the Pump that was totaled in the incident on April 4, 2022, costs $134,928.50, plus tax and shipping. See Exhibit D. Exhibit D shows a total amount of $233,928.25, and Plaintiff's Counsel has reduced the price by $99,000.00 in order to be factual, because the total amount included in Exhibit D added another pump which is not the subject of this lawsuit.

16. On the price quote, Pumphaus.com LLP states that they will need 5 to 6 months lead time to order the Pump. Id.

17. Travelers Property Casualty Company of America did not accept liability for the Claim until May 18, 2022, more than a month after the Pump was destroyed by DEFENDANT, according to a June 6, 2022, email from Airanne Garcia, an Auto Claim Professional for Travelers Property Casualty Company of America, not a Pump professional, causing further economic damages to the Plaintiff. See Exhibit E.

18. On or about June 6, 2022, Ms. Garcia emailed Plaintiff that the Claim was still being assessed, with no explanation of what was taking so long, despite Plaintiff emailing Ms. Garcia multiple times throughout the months of April-June, this conduct continued to cause further economic damages to the Plaintiff. See Exhibit F.

19. On or about June 21, 2022, Travelers Property Casualty Company of America, the DEFENDANT's insurance, sent Plaintiff a check in the amount of $62,411.25, as partial

payment to replace the Pump, which would cost $134,928.50. See Exhibit D and G.

20. The check sent by Travelers Property Casualty Company of America was less than the full amount needed of $134.928.50 to replace Plaintiff's Pump. See Exhibit D

21. To this date, Plaintiff has been unable to fully operate their concrete business due to the totally destroyed Pump with continuing economic damages accruing, and even if Travelers paid the full amount for the Pump in the amount of $134,928.50, Plaintiff would still be unable to acquire a new Pump for another 6 to 8 months, with economic damages continuing to accrue.

22. Plaintiff will be unable to fully operate their concrete pumping business for a minimum of 9 months, potentially longer according to documents from Pumphaus.com LLP the provider of the replacement pump.

23. Plaintiff's average monthly pump revenue, when fully operational, is $30,007.50. See Exhibit H.

24. Plaintiff's approximate loss of revenue for the downtime term from 4 April 2022, the to the date as of this filing is $150,037.50.

25. Plaintiff's total loss of revenue, including the estimated delivery time after ordering a new Pump which is a minimum of 6 more months, is a minimum of $330,082.50.

26. The total amount of loss of revenue plus the cost of a new Pump is estimated to be a minimum of $465,011.00, depending order date of the pump, and the delivery date of the new Pump, and the return to service date.

27. Plaintiff now brings suit against Defendants that caused the destruction of the concrete Pump on April 4, 2022.

**COUNT 1: Negligence**

28. Paragraphs 1 through 38 are incorporated *in haec verba.*

29. ELEMENTS

    a. (1) a legal duty owed by one party to another;

    b. (2) a breach of that duty by the defendant; and

    c. (3) damages proximately resulting from that breach causing damage to the plaintiff.

30. Defendants owed a legal duty to Plaintiff.

31. Defendants breached the duty to Plaintiff by DEFENDANT's agent breaching the ordinary care standard by driving in such a reckless manner that the agent caused a crash which totaled Plaintiff's concrete Pump.

32. Defendant's breach of duty proximately caused injury to plaintiff, which resulted in the following damages:

a. Actual damages of $134,928.50 for the cost of replacing Plaintiff's concrete Pump;

b. Loss of use damages of $330,082.50 for the minimum loss of use for 9 months.

c. Total damages of $465,011.00, plus attorneys fees, for trial and for appeal and costs.

33. Plaintiff seeks damages within the jurisdictional limits of this Court.

**COUNT 2: NEGLIGENT ENTRUSTMENT**

34. Paragraphs 1 through 42 are incorporated *in haec verba*.

35. In addition to other counts, Defendant negligently entrusted Defendant's vehicle to its agent and driver.

**COUNT 3: NEGLIGENT HIRING**

36. Paragraphs 1 through 42 are incorporated *in haec verba*.

37. In addition to other counts, defendant negligently trained and negligently supervised Defendant's Agent, and employee.

**Attorney fees**

38. Plaintiff is entitled to recover reasonable and necessary attorney fees for trial and for appeal under Texas Civil Practices & Remedies Code § 38.001 et seq.

**JURY DEMAND**

39. Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

**CONDITIONS PRECEDENT**

40. All conditions precedent to Plaintiff's claim for relief have been performed or have occurred.

**OBJECTION TO ASSOCIATE JUDGE**

41. PLAINTIFF OBJECTS TO THE REFERRAL OF THIS CASE TO AN ASSOCIATE JUDGE FOR HEARING, A TRIAL ON THE MERITS, OR PRESIDING AT A JURY TRIAL OR ANY HEARING.

**NOTICE OF COURT REPORTER**

42. Plaintiff demands a court reporter for all sessions of the court, any conference, hearing or trial, to take full shorthand notes of oral testimony offered before the court, including objections made to the admissibility of evidence, court rulings and remarks on the objections, and exceptions to the rulings; and to preserve the notes for future reference for three years from the date on which they were taken; and to furnish a transcript of the reported evidence or other proceedings, in whole or in part, as requested by any party and as provided by Tx. Govt. C. § 52. See General Powers and Duties, TX GOVT § 52.046 .

**NOTICE OF EMAIL ADDRESS**

**NOTICE IS HERBY GIVEN THAT THE ONLY EMAIL ADDRESS THAT WILL BE MONITORED OR RESPONDED TO IN THE ABOVE NUMBERED AND CAPTIONED LAWSUIT IS COURTDOCUMENTS@MOSSERLAW.COM**

**NO PERSONAL EMAIL ADDRESS WILL BE MONITORED OR RESPONDED TO.**

**PRAYER**

43. For these reasons, plaintiff asks that the Dallas County Civil District Clerk issue citation for defendants to appear and answer, and that plaintiff be awarded a judgment against defendant for the following:

a. Actual damages of $134,928.50 for the cost of replacing Plaintiff's concrete Pump;

b. Loss of use damages of $330,082.50 for the minimum loss of use for 9 months;

c. Prejudgment and postjudgment interest, at 5% per annum;

d. Court costs;

e. Trial and Appellate Attorney fees; and

f. All other relief to which plaintiff is entitled.

Respectfully submitted, on 16 Sept. 2022, by *MOSSER LAW PLLC*

By: /s/ James C. Mosser
James C. Mosser
Texas Bar No. 00789784
Nicholas D. Mosser
Texas Bar No. 24075405
Jacob R. Barfield
Texas Bar No. 24129303
Email: courtdocuments@mosserlaw.com
8100 Dallas Parkway
Suite 115A
Plano, TX 75024
Tel. (972) 733-3223
Lawyers for Plaintiff

| | |
|---|---|
| **From:** | info@genesconstruction.net |
| **To:** | courtdocuments |
| **Subject:** | Bennett-Claim FWH6865-Travelers |
| **Date:** | Wednesday, June 15, 2022 1:43:55 PM |
| **Attachments:** | image001.png |

-------- Original Message --------

**Subject:**Claim FWH6865
**Date:**2022-04-27 19:44
**From:**"Garcia, Airanne" <AGARCI14@travelers.com>
**To:**"info@genesconstruction.net" <info@genesconstruction.net>

Good afternoon,

Thank you for speaking with me today. Here is the documentation we will need to assist us with evaluating your business interruption claim. Please send any that may apply for consideration;

1. Tax returns
2. Monthly profit-and-loss statements expense reports
3. Payroll and account records
4. Receipts
5. Sales report
6. list of jobs that the specific unit has brought in, the last year
7. Confirm unit repair start date and repair completion date.
8. any additional documents you are able to provide to assist us with the evaluation
9. Please make sure these documents show proof that they are referring to the revenue brough in by this unit/ equipment

**Airanne Garcia | Auto Claim Professional**
Travelers
North Texas – Oklahoma Claim Center
W: 214.200.2107 F: 877.786.5577
PO Box 660889
Dallas, TX 75266-0889
TRAVELERS

**From:** Mike Bennett <info@genesconstruction.net>
**Sent:** Friday, April 22, 2022 12:02 PM
**To:** Garcia, Airanne <AGARCI14@travelers.com>
**Subject:** [External] Claim FWH6865

**CAUTION: This email came from outside of Travelers.**
**Please exercise caution when opening attachments, clicking links or responding to this**

**email. The original sender of this email is info@genesconstruction.net.**

Airanne,

I have sent in the estimate for repairs to the unit to Bryan Ernst for review. The parts for the unit are on backorder with an estimated 8mth delay. I have not been able to locate a rental unit to continue business as usual. Therefore what is the procedure for requesting Loss of use?

Regards

Mike Bennett
214-730-5055
info@genesconstruction.net
Https://genesconstruction.net

Disclaimer Regarding Uniform Electronic Transactions Act ["UETA"].
If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication: contract formation in this matter shall occur only with manually-affixed original signatures on original documents. Nothing contained herein is legally binding on the sender and you may not rely on it.
This e-mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, notify them of the error and delete this message. Unintended transmission shall not constitute a waiver of the attorney-client or any other privilege.

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

**From:** info@genesconstruction.net
**To:** courtdocuments
**Subject:** Bennett-Claim FWH6865-Travelers
**Date:** Wednesday, June 15, 2022 1:44:32 PM
**Attachments:** image001.png
FWH6865001 ACV V57616834.pdf

-------- Original Message --------

**Subject:**RE: [External] Fwd: FWH6865001 GENE'S CONSTRUCTION TIL - TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
**Date:**2022-04-28 20:42
**From:**"Ernst, Bryan S" <BERNST@travelers.com>
**To:**Mike Bennett <info@genesconstruction.net>
**Cc:**"Garcia, Airanne" <AGARCI14@travelers.com>

Good afternoon Mike.
I have completed the appraisal for the damaged Transcrete P60. Based on all of the information provided and the lack of parts and the potential for the unit being out of service for a long period of time, We are going to consider the unit a total loss.

I have attached the market valuation report to this email for your review and possible acceptance. Please review and let me know if there are any questions or concerns. The final adjusted value at the bottom of the report is the number our total loss department will be using for the settlement. This figure does not include any applicable fees or taxes that may be applicable. This is for the equipment only and not for any of the loss of use or anything else you may be claiming.

I have referred the file to our total loss department. Will they will in contact with you to go over the final settlement to include the retention of the salvage if you wish to do so.

If you have any questions, please let us know.

Thank you,

**Bryan Ernst | Technical Specialist, Heavy Equipment Claim**
**Auto Product Support**
Travelers
1301 E. Collins Blvd.
Richardson, TX 75081
C: 903-353-1201 F: 800-890-2598

TRAVELERS

Exhibit B

**From:** Mike Bennett <info@genesconstruction.net>
**Sent:** Friday, April 22, 2022 11:57 AM
**To:** Ernst, Bryan S <BERNST@travelers.com>
**Subject:** [External] Fwd: Estimate #22-2001 from Texas Concrete Pump Services

**CAUTION: This email came from outside of Travelers.**
**Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is info@genesconstruction.net.**

Bryan,

Please find attached estimate for repairs to the concrete pump. He did confirm at least an 8mth delay on parts.

Regards

Mike Bennett
214-730-5055
info@genesconstruction.net
Https://genesconstruction.net

Disclaimer Regarding Uniform Electronic Transactions Act ["UETA"].
If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication: contract formation in this matter shall occur only with manually-affixed original signatures on original documents. Nothing contained herein is legally binding on the sender and you may not rely on it.
This e-mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, notify them of the error and delete this message. Unintended transmission shall not constitute a waiver of the attorney-client or any other privilege.

Begin forwarded message:

**From:** Texas Concrete Pump Services <mailer@waveapps.com>
**Subject: Estimate #22-2001 from Texas Concrete Pump Services**
**Date:** April 22, 2022 at 11:51:58 AM CDT
**To:** info@genesconstruction.net
**Reply-To:** info@quipitmedia.com

Exhibit B

# Estimate #22-2001

for Gene's Construction

issued on Apr 20, 2022

from **Texas Concrete Pump Services**

Grand Total: **$36,313.40 USD**

**View in browser**

Expires on: **Apr 20, 2022**

Thanks for your business. If this estimate was sent in error, please contact **info@quipitmedia.com**

Exhibit B

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

Exhibit B

**From:** info@genesconstruction.net
**To:** courtdocuments
**Subject:** Bennett-Claim FWH6865-Travelers
**Date:** Wednesday, June 15, 2022 1:45:00 PM
**Attachments:** image001.png

-------- Original Message --------

**Subject:**RE: [External] FWH6865001 GENE'S CONSTRUCTION TIL - TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
**Date:**2022-05-03 14:16
**From:**"Ernst, Bryan S" <BERNST@travelers.com>
**To:**Mike Bennett <info@genesconstruction.net>, "Bohensky, Beth" <EBOHENSK@travelers.com>
**Cc:**"Garcia, Airanne" <AGARCI14@travelers.com>

Mike,
It has been transferred over to the total loss department. I have copied in the total loss claim handler on this email.

Beth,
Can you please get with Mike so the claim can move towards resolution.

Thank you,

**Bryan Ernst | Technical Specialist, Heavy Equipment Claim**
**Auto Product Support**
Travelers
1301 E. Collins Blvd.
Richardson, TX 75081
C: 903-353-1201 F: 800-890-2598

TRAVELERS

**From:** Mike Bennett <info@genesconstruction.net>
**Sent:** Tuesday, May 3, 2022 9:05 AM
**To:** Ernst, Bryan S <BERNST@travelers.com>
**Cc:** Garcia, Airanne <AGARCI14@travelers.com>
**Subject:** Re: [External] FWH6865001 GENE'S CONSTRUCTION TIL - TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Exhibit C

**CAUTION: This email came from outside of the company.**
**Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is info@genesconstruction.net.**

Do you have an expected time frame of when I might hear from someone on this?

Regards

Mike Bennett
214-730-5055
info@genesconstruction.net
Https://genesconstruction.net

Disclaimer Regarding Uniform Electronic Transactions Act ["UETA"].
If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication: contract formation in this matter shall occur only with manually-affixed original signatures on original documents. Nothing contained herein is legally binding on the sender and you may not rely on it.
This e-mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, notify them of the error and delete this message. Unintended transmission shall not constitute a waiver of the attorney-client or any other privilege.

On Apr 28, 2022, at 3:42 PM, Ernst, Bryan S <BERNST@travelers.com> wrote:

Good afternoon Mike.
I have completed the appraisal for the damaged Transcrete P60. Based on all of the information provided and the lack of parts and the potential for the unit being out of service for a long period of time, We are going to consider the unit a total loss.

I have attached the market valuation report to this email for your review and possible acceptance. Please review and let me know if there are any questions or concerns. The final adjusted value at the bottom of the report is the number our total loss department will be using for the settlement. This figure does not include any applicable fees or taxes that may be applicable. This is for the equipment only and not for any of the loss of use or anything else you may be claiming.

I have referred the file to our total loss department. Will they will in contact with you to go over the final settlement to include the retention of the salvage if you wish to do so.

If you have any questions, please let us know.

Thank you,

**Bryan Ernst | Technical Specialist, Heavy Equipment Claim**
**Auto Product Support**
Travelers
1301 E. Collins Blvd.
Richardson, TX 75081
C: 903-353-1201 F: 800-890-2598

<image001.png>

**From:** Mike Bennett <info@genesconstruction.net>
**Sent:** Friday, April 22, 2022 11:57 AM
**To:** Ernst, Bryan S <BERNST@travelers.com>
**Subject:** [External] Fwd: Estimate #22-2001 from Texas Concrete Pump Services

**CAUTION: This email came from outside of Travelers.**
**Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is info@genesconstruction.net.**

Bryan,

Please find attached estimate for repairs to the concrete pump. He did confirm at least an 8mth delay on parts.

Regards

Mike Bennett
214-730-5055
info@genesconstruction.net
Https://genesconstruction.net

Disclaimer Regarding Uniform Electronic Transactions Act ["UETA"].
If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication: contract formation in this matter shall occur only with manually-affixed original signatures on original documents. Nothing contained herein is legally binding on the sender and you may not rely on it.
This e-mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, notify them of the error and delete this message. Unintended transmission shall not constitute a waiver of the attorney-

Exhibit C

client or any other privilege.

Begin forwarded message:

**From:** Texas Concrete Pump Services <mailer@waveapps.com>
**Subject: Estimate #22-2001 from Texas Concrete Pump Services**
**Date:** April 22, 2022 at 11:51:58 AM CDT
**To:** info@genesconstruction.net
**Reply-To:** info@quipitmedia.com

<~WRD0000.jpg>

# Estimate #22-2001

for Gene's Construction

issued on Apr 20, 2022

from **Texas Concrete Pump Services**

Grand Total: **$36,313.40 USD**

**View in browser**

Expires on: **Apr 20, 2022**

Thanks for your business. If this estimate was sent in error, please contact **info@quipitmedia.com**

Exhibit C

<~WRD0000.jpg>

<~WRD0000.jpg>

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

<FWH6865001 ACV V57616834.pdf>

**Pumphaus.com LLP**
PHONE: 214-637-6367
2331 FABENS RD.
DALLAS, TX 75229

# Quote

| Date | Quote # |
|---|---|
| 5/12/2022 | 201876 |

| Name / Address |
|---|
| GENE'S CONSTRUCTION, LLC<br>8811 TEEL PKWY., SUITE 100 #5626<br>FRISCO, TX 75035 |

| P.O. No. | Project |
|---|---|
| | |

| Item | Qty | Description | Price | Total |
|---|---|---|---|---|
| PU-P60 | 1 | TRANSCRETE AMERICA P-60 CONCRETE PUMP W/115 HP PERKINS TIER IV DIESEL ENGINE, HOPPER REMIXER | 110,000.00 | 110,000.00T |
| PU-P60 | 1 | TRANSCRETE AMERICA P-60 CONCRETE PUMP W/74 HP PERKINS TIER IV DIESEL ENGINE, HOPPER REMIXER | 99,000.00 | 99,000.00T |
| TA214004A | 1 | FOUR FUNCTION WIRELESS REMOTE CONTROL | 2,100.00 | 2,100.00T |
| TA109001 | 1 | HYDRAULIC OUTRIGGERS FRONT & REAR | 2,500.00 | 2,500.00T |
| Freight | | FREIGHT CHARGES | 2,500.00 | 2,500.00T |
| | | **5 TO 6 MONTH LEAD TIME<br>33% DEPOSIT DUE AT TIME OF ORDER, BALANCE DUE AT<br>SHIPPING** | | |

| | |
|---|---|
| **Subtotal** | $216,100.00 |
| **Sales Tax (8.25%)** | $17,828.25 |
| **Total** | $233,928.25 |

______________________ Signature

Exhibit D

**From:** info@genesconstructton.net
**To:** courtdocuments
**Subject:** Bennett-Claim FWH6865-Travelers
**Date:** Wednesday, June 15, 2022 2:03:49 PM
**Attachments:** image001.png

-------- Original Message --------

**Subject:**RE: [External] Claim FWH6865
**Date:**2022-06-06 20:44
**From:**"Garcia, Airanne" <AGARCI14@travelers.com>
**To:**"info@genesconstruction.net" <info@genesconstruction.net>

Good afternoon,

Thank you for speaking with me today. As discussed, we will review the loss of revenue claim from April 13th (day we accepted liability unit May 18th (total loss settlement made) I should have an update by the end of the week with the calculated amount.

**Airanne Garcia | Auto Claim Professional**
Travelers
North Texas – Oklahoma Claim Center
W: 214.200.2107 F: 877.786.5577
PO Box 660889
Dallas, TX 75266-0889

TRAVELERS

**From:** Garcia, Airanne
**Sent:** Monday, June 6, 2022 3:33 PM
**To:** 'info@genesconstruction.net' <info@genesconstruction.net>
**Subject:** RE: [External] Claim FWH6865

Good afternoon Mr. Bennett,

I will review the claim shortly.

**Airanne Garcia | Auto Claim Professional**
Travelers
North Texas – Oklahoma Claim Center
W: 214.200.2107 F: 877.786.5577
PO Box 660889
Dallas, TX 75266-0889

TRAVELERS

**From:** info@genesconstruction.net <info@genesconstruction.net>
**Sent:** Monday, June 6, 2022 9:39 AM

Exhibit E

**To:** Garcia, Airanne <AGARCI14@travelers.com>; mphillips-contractor@jsheld.com
**Subject:** [External] Claim FWH6865

Airanne,

My apologies for the confusion but Mr. Phillips is stating the DOL period is from 4-14-22 through 5-18-22. If you note in this string of emails on 5/09 I clearly stated the loss of use from this equipment started on the 4th of April the day you're insured hit our equipment and ongoing until equipment can be replaced. Therefor please pardon my confusion because this is the first instance of your Dates being referenced. If there was any confusion with the Dates I presented much earlier in the file or the ongoing loss of use, why wasn't this addressed prior to now?

Also note on 5/27 you stated:

"Good morning,

I wanted to follow up to inform the loss of revenue file is still being review by forensics accounting. I will keep you updated and inform if they require any additional information."

Again on 5/31 you stated:

"Good evening,

Quick follow up, forensics accounting is still reviewing the loss of review claim. I will follow up with you once I get an update from them."

My question is Mr. Phillips the Forensics Accounting department, firm or person that you are referencing with these statements?

My apologies once again for the confusion I have because the first time of hearing from Mr. Phillips was on 6/03 when he stated there was no information on file in which I also have another string of emails which I attached those Docs requested. Therefor please help me understand the delay tactics, dates, the lack of documents and lack of correspondence not reported to this file.

Regards.

Mike Bennett
972-365-7879

-------- Original Message --------

**Subject:**Re: [External] Claim FWH6865
**Date:**2022-05-26 23:53
**From:**"info@genesconstruction.net" <info@genesconstruction.net>

**To:**"Garcia, Airanne" <AGARCI14@travelers.com>

Airanne,

My apologies as I am still awaiting for an update regarding this claim..

Sent from the zoo!

Please excuse the errors

On May 25, 2022, at 10:17 AM, Garcia, Airanne <AGARCI14@travelers.com> wrote:

Good morning Mr. Bennett. I will review your claim later this afternoon as I have meetings all morning. Thank you for your patience.

**Airanne Garcia | Auto Claim Professional**

Travelers

North Texas – Oklahoma Claim Center

W: 214.200.2107 F: 877.786.5577

PO Box 660889

Dallas, TX 75266-0889

TRAVELERS

**From:** info@genesconstruction.net <info@genesconstruction.net>
**Sent:** Wednesday, May 25, 2022 10:14 AM
**To:** Garcia, Airanne <AGARCI14@travelers.com>
**Subject:** Re: [External] Claim FWH6865

Airanne,

Can I get an update to this claim and an answer to the question below as we are approaching 2mths of no revenue from this unit?

"This unit produces monthly revenue that the business needs for accounting and payroll, so I'm confused as to why I would have to wait as this would cause an extreme disruption on our day to day business. Therefor please explain."

Regards

Mike Bennett

On 2022-05-23 16:25, info@genesconstruction.net wrote:

> Airanne,
>
> Here is the Tax Returns as requested
>
> Regards
>
> Mike Bennett
>
> On 2022-05-19 13:45, Garcia, Airanne wrote:
>
> > Good morning Mr. Bennett. Are you able to provide any tax forms, bank statements of incoming funds, and/or pay stubs to support this PDF document?
> >
> > **Airanne Garcia | Auto Claim Professional**
> >
> > Travelers
> >
> > North Texas – Oklahoma Claim Center
> >
> > W: 214.200.2107 F: 877.786.5577
> >
> > PO Box 660889
> >
> > Dallas, TX 75266-0889
> >
> > TRAVELERS
> >
> > **From:** Mike Bennett <info@genesconstruction.net>
> > **Sent:** Monday, May 9, 2022 10:11 AM
> > **To:** Garcia, Airanne <AGARCI14@travelers.com>
> > **Cc:** info Genesconstruction <info@genesconstruction.net>
> > **Subject:** [External] Claim FWH6865

**CAUTION: This email came from outside of the company.**
**Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is info@genesconstruction.net.**

Airanne,

Here is the revenue report for this unit. As you know we have not received any revenue from this unit since the 4th of April and ongoing. Still pending contact from the total loss department and we have sent them the documentation as requested.

We have done a 1year average monthly revenue from this unit which is $30,007.50. Therefor I am requesting at this time a loss of use payment for this period in this amount.

Regards

Mike Bennett

214-730-5055

info@genesconstruction.net

Https://genesconstruction.net

Disclaimer Regarding Uniform Electronic Transactions Act ["UETA"].
If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication: contract formation in this matter shall occur only with manually-affixed original signatures on original documents. Nothing contained herein is legally binding on the sender and you may not rely on it.
This e-mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, notify them of the error and delete this message. Unintended transmission shall not constitute a waiver of the attorney-client or any other privilege.

On Apr 27, 2022, at 2:44 PM, Garcia, Airanne <AGARCI14@travelers.com> wrote:

Good afternoon,

Thank you for speaking with me today. Here is the documentation we will need to assist us with evaluating your business interruption claim. Please send any that may apply for consideration;

1. Tax returns
2. Monthly profit-and-loss statements expense reports
3. Payroll and account records
4. Receipts
5. Sales report
6. list of jobs that the specific unit has brought in, the last year
7. Confirm unit repair start date and repair completion date.
8. any additional documents you are able to provide to assist us with the evaluation
9. Please make sure these documents show proof that they are referring to the revenue brough in by this unit/ equipment

**Airanne Garcia | Auto Claim Professional**

Travelers

North Texas - Oklahoma Claim Center

W: 214.200.2107 F: 877.786.5577

PO Box 660889

Dallas, TX 75266-0889

**<image001.png>**

**From:** Mike Bennett <info@genesconstruction.net>
**Sent:** Friday, April 22, 2022 12:02 PM
**To:** Garcia, Airanne <AGARCI14@travelers.com>
**Subject:** [External] Claim FWH6865

**CAUTION: This email came from outside of Travelers.**
**Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is info@genesconstruction.net.**

Exhibit E

Airanne,

I have sent In the estimate for repairs to the unit to Bryan Ernst for revlew. The parts for the unit are on backorder with an estimated 8mth delay. I have not been able to locate a rental unit to continue buslness as usual. Therefore what is the procedure for requesting Loss of use?

Regards

Mike Bennett

214-730-5055

info@genesconstruction.net

Https://genesconstruction.net

Dlsclaimer Regarding Uniform Electronic Transactions Act ("UETA"].
If this communicatlon concerns negotiation of a contract or agreement, UETA does not apply to this communication: contract formation in this matter shall occur only wlth manually-afflxed orlglnal signatures on original documents. Nothing contalned herein is legally binding on the sender and you may not rely on it.
This e-mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received thls transmission in error, please immediately return it to the sender, notify them of the error and delete this message. Unintended transmission shall not constitute a waiver of the attorney-client or any other privilege.

---

This message (Including any attachments) may contain confidential, proprietary, privileged and/or private Information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

Exhibit E

**From:** info@genesconstruction.net
**To:** courtdocuments
**Subject:** Bennett-Claim FWH6865-Travelers
**Date:** Wednesday, June 15, 2022 2:03:24 PM
**Attachments:** image001.png

-------- Original Message --------

**Subject:**RE: [External] Claim FWH6865
**Date:**2022-06-06 20:32
**From:**"Garcia, Airanne" <AGARCI14@travelers.com>
**To:**"info@genesconstruction.net" <info@genesconstruction.net>

Good afternoon Mr. Bennett,

I will review the claim shortly.

**Airanne Garcia | Auto Claim Professional**
Travelers
North Texas – Oklahoma Claim Center
W: 214.200.2107 F: 877.786.5577
PO Box 660889
Dallas, TX 75266-0889
TRAVELERS

**From:** info@genesconstruction.net <info@genesconstruction.net>
**Sent:** Monday, June 6, 2022 9:39 AM
**To:** Garcia, Airanne <AGARCI14@travelers.com>; mphillips-contractor@jsheld.com
**Subject:** [External] Claim FWH6865

Airanne,

My apologies for the confusion but Mr. Phillips is stating the DOL period is from 4-14-22 through 5-18-22. If you note in this string of emails on 5/09 I clearly stated the loss of use from this equipment started on the 4th of April the day you're insured hit our equipment and ongoing until equipment can be replaced. Therefor please pardon my confusion because this is the first instance of your Dates being referenced. If there was any confusion with the Dates I presented much earlier in the file or the ongoing loss of use, why wasn't this addressed prior to now?

Also note on 5/27 you stated:

"Good morning,

I wanted to follow up to inform the loss of revenue file is still being review by forensics accounting. I will keep you updated and inform if they require any additional information."

Exhibit F

Again on 5/31 you stated:

"Good evening,

Quick follow up, forensics accounting is still reviewing the loss of review claim. I will follow up with you once I get an update from them."

My question is Mr. Phillips the Forensics Accounting department, firm or person that you are referencing with these statements?

My apologies once again for the confusion I have because the first time of hearing from Mr. Phillips was on 6/03 when he stated there was no information on file in which I also have another string of emails which I attached those Docs requested. Therefor please help me understand the delay tactics, dates, the lack of documents and lack of correspondence not reported to this file.

Regards.

Mike Bennett
972-365-7879

-------- Original Message --------

**Subject:**Re: [External] Claim FWH6865
**Date:**2022-05-26 23:53
**From:**"Info@genesconstruction.net" <info@genesconstruction.net>
**To:**"Garcia, Airanne" <AGARCI14@travelers.com>

Airanne,

My apologies as I am still awaiting for an update regarding this claim..

Sent from the zoo!

Please excuse the errors

> On May 25, 2022, at 10:17 AM, Garcia, Airanne <AGARCI14@travelers.com> wrote:

> Good morning Mr. Bennett. I will review your claim later this afternoon as I have meetings all morning. Thank you for your patience.
>
> **Airanne Garcia | Auto Claim Professional**
>
> Travelers

North Texas – Oklahoma Claim Center

W: 214.200.2107 F: 877.786.5577

PO Box 660889

Dallas, TX 75266-0889

TRAVELERS

**From:** info@genesconstruction.net <info@genesconstruction.net>
**Sent:** Wednesday, May 25, 2022 10:14 AM
**To:** Garcia, Airanne <AGARCI14@travelers.com>
**Subject:** Re: [External] Claim FWH6865

Airanne,

Can I get an update to this claim and an answer to the question below as we are approaching 2mths of no revenue from this unit?

"This unit produces monthly revenue that the business needs for accounting and payroll, so I'm confused as to why I would have to wait as this would cause an extreme disruption on our day to day business. Therefor please explain."

Regards

Mike Bennett

On 2022-05-23 16:25, info@genesconstruction.net wrote:

> Airanne,
>
> Here is the Tax Returns as requested
>
> Regards
>
> Mike Bennett

On 2022-05-19 13:45, Garcia, Airanne wrote:

Good morning Mr. Bennett. Are you able to provide any tax forms, bank statements of incoming funds, and/or pay stubs to support this PDF document?

**Airanne Garcia | Auto Claim Professional**

Travelers

North Texas – Oklahoma Claim Center

W: 214.200.2107 F: 877.786.5577

PO Box 660889

Dallas, TX 75266-0889

TRAVELERS

**From:** Mike Bennett <info@genesconstruction.net>
**Sent:** Monday, May 9, 2022 10:11 AM
**To:** Garcia, Airanne <AGARCI14@travelers.com>
**Cc:** Info Genesconstruction <info@genesconstruction.net>
**Subject:** [External] Claim FWH6865

**CAUTION: This email came from outside of the company.**
**Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is info@genesconstruction.net.**

Airanne,

Here is the revenue report for this unit. As you know we have not received any revenue from this unit since the 4th of April and ongoing. Still pending contact from the total loss department and we have sent them the documentation as requested.

We have done a 1year average monthly revenue from this unit which is $30,007.50. Therefor I am requesting at this time a loss of use payment for this period in this amount.

Exhibit F

Regards

Mike Bennett

214-730-5055

info@genesconstruction.net

Https://genesconstruction.net

Disclaimer Regarding Uniform Electronic Transactions Act ["UETA"].
If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication: contract formation in this matter shall occur only with manually-affixed original signatures on original documents. Nothing contained herein is legally binding on the sender and you may not rely on it.
This e-mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, notify them of the error and delete this message. Unintended transmission shall not constitute a waiver of the attorney-client or any other privilege.

On Apr 27, 2022, at 2:44 PM, Garcia, Airanne <AGARCI14@travelers.com> wrote:

Good afternoon,

Thank you for speaking with me today. Here is the documentation we will need to assist us with evaluating your business Interruption claim. Please send any that may apply for consideration;

1. Tax returns
2. Monthly profit-and-loss statements expense reports
3. Payroll and account records
4. Receipts
5. Sales report
6. list of jobs that the specific unit has brought in, the last year
7. Confirm unit repair start date and repair completion date.
8. any additional documents you are able to provide to assist us with the evaluation
9. Please make sure these documents show proof that they are referring to the revenue brough in by this unit/ equipment

Exhibit F

**Airanne Garcia | Auto Claim Professional**

Travelers

North Texas – Oklahoma Claim Center

W: 214.200.2107 F: 877.786.5577

PO Box 660889

Dallas, TX 75266-0889

**<image001.png>**

**From:** Mike Bennett <info@genesconstruction.net>
**Sent:** Friday, April 22, 2022 12:02 PM
**To:** Garcia, Airanne <AGARCI14@travelers.com>
**Subject:** [External] Claim FWH6865

**CAUTION: This email came from outside of Travelers.**
**Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is info@genesconstruction.net.**

Airanne,

I have sent in the estimate for repairs to the unit to Bryan Ernst for review. The parts for the unit are on backorder with an estimated 8mth delay. I have not been able to locate a rental unit to continue business as usual. Therefore what is the procedure for requesting Loss of use?

Regards

Mike Bennett

214-730-5055

info@genesconstruction.net

Https://genesconstruction.net

Disclaimer Regarding Uniform Electronic Transactions Act ["UETA"].
If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication: contract formation in this matter shall occur only with manually-affixed original signatures on original documents. Nothing contained herein is legally binding on the sender and you may not rely on it.
This e-mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, notify them of the error and delete this message. Unintended transmission shall not constitute a waiver of the attorney-client or any other privilege.

---

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

Exhibit G

[redacted]

PRESORTED
FIRST-CLASS

US POSTAGE $00.45[6]
JUN 22 2022
ZIP 30092
0801 1053708

[redacted]

116 EAR4NAF 75078

[redacted]

Exhibit G

PREO2R

THE TRAVELERS - PC CLAIM - AD
PC CLAIM - AD
PO BOX 650293
DALLAS TX 75265-0293

SA02656

IMPORTANT:
PLEASE REVIEW ENTIRE
ENVELOPE CONTENTS.

GENE'S CONSTRUCTION LLC
1205 CHANDLER CIRCLE
PROSPER TX 75078

Exhibit G

Exhibit G

THE TRAVELERS - PC CLAIM - AD
PC CLAIM - AD
PO BOX 650293
DALLAS TX 75265-0293

SA02656

896D 96533987

TRAVELERS

DATE: 06/21/22
LOSS DATE: 04/04/22
FILE NUMBER: 039 AD FWH6865 R

GENE'S CONSTRUCTION LLC
1205 CHANDLER CIRCLE
PROSPER TX 75078

CLAIMANT:
/GENE'S CONSTRUCTION LLC

ACCOUNT NAME:
SMYRNA READY MIX CONCRETE, LL

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

## EXPLANATION OF PAYMENT

Property Damage Liability $62411.25
TOTAL PAID $62411.25

TOTAL LOSS
CONCRETE TRAILER PUMP TRANSCRETE PETE P60+

FOR ADDITIONAL INFORMATION, CONTACT: AIRANNE GARCIA AT (214)200-2107

172002668 UNSUMM -111311
OVRPUNS2-121295

DETACH CHECK DETACH CHECK

THIS DOCUMENT HAS A RED BACKGROUND - BORDER CONTAINS MICRO PRINTING AND AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

Citibank, N.A.
One Penns Way
New Castle DE 19720

TRAVELERS
PO BOX 650293
DALLAS TX 75265-0293
(214)200-2107

896D 96533987 82-20/311

| DATE | ACCOUNT NUMBER | FILE NUMBER |
|---|---|---|
| 06/21/22 | SV1 | 039 AD FWH6865 R |

*VOID IF NOT PRESENTED WITHIN ONE YEAR AFTER DATE OF ISSUE*

SIXTY TWO THOUSAND FOUR HUNDRED ELEVEN AND 25/100 ---------------------------- PAY: $***62,411.25 AGAR

PAY TO THE ORDER OF
GENE'S CONSTRUCTION LLC
1205 CHANDLER CIRCLE
PROSPER TX 75078

005353
SA02656

Douglas K. Russell
AUTHORIZED SIGNATURE

⑈96533987⑈ ⑆031100209⑆ 38622892⑈

Exhibit G

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Exhibit G

**From:** Info@genesconstruction.net
**To:** courtdocuments
**Subject:** Fwd: RE: [External] Claim FWH6865
**Date:** Wednesday, June 15, 2022 1:45:44 PM
**Attachments:** image001.png

-------- Original Message --------

**Subject:**RE: [External] Claim FWH6865
**Date:**2022-05-11 14:54
**From:**"Garcia, Airanne" <AGARCI14@travelers.com>
**To:**Mike Bennett <info@genesconstruction.net>

Good morning Mr. Bennett,

Thank you for sending this. The loss of Revenue claim will be addressed once the total loss is complete. I will add a reminder to review this document until then.

**Airanne Garcia | Auto Claim Professional**
Travelers
North Texas – Oklahoma Claim Center
W: 214.200.2107 F: 877.786.5577
PO Box 660889
Dallas, TX 75266-0889

TRAVELERS

**From:** Mike Bennett <info@genesconstruction.net>
**Sent:** Monday, May 9, 2022 10:11 AM
**To:** Garcia, Airanne <AGARCI14@travelers.com>
**Cc:** info Genesconstruction <info@genesconstruction.net>
**Subject:** [External] Claim FWH6865

**CAUTION: This email came from outside of the company.**
**Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is info@genesconstruction.net.**

Airanne,

Here is the revenue report for this unit. As you know we have not received any revenue from this unit since the 4th of April and ongoing. Still pending contact from the total loss department and we have sent them the documentation as requested.

We have done a 1year average monthly revenue from this unit which is $30,007.50. Therefor I am requesting at this time a loss of use payment for this period in this amount.

Exhibit H

Regards

Mike Bennett
214-730-5055
info@genesconstruction.net
Https://genesconstruction.net

Disclaimer Regarding Uniform Electronic Transactions Act ["UETA"].
If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication: contract formation in this matter shall occur only with manually-affixed original signatures on original documents. Nothing contained herein is legally binding on the sender and you may not rely on it.
This e-mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, notify them of the error and delete this message. Unintended transmission shall not constitute a waiver of the attorney-client or any other privilege.

On Apr 27, 2022, at 2:44 PM, Garcia, Airanne <AGARCI14@travelers.com> wrote:

Good afternoon,

Thank you for speaking with me today. Here is the documentation we will need to assist us with evaluating your business interruption claim. Please send any that may apply for consideration;

1. Tax returns
2. Monthly profit-and-loss statements expense reports
3. Payroll and account records
4. Receipts
5. Sales report
6. list of jobs that the specific unit has brought in, the last year
7. Confirm unit repair start date and repair completion date.
8. any additional documents you are able to provide to assist us with the evaluation
9. Please make sure these documents show proof that they are referring to the revenue brough in by this unit/ equipment

**Airanne Garcia | Auto Claim Professional**
Travelers
North Texas – Oklahoma Claim Center
W: 214.200.2107 F: 877.786.5577
PO Box 660889
Dallas, TX 75266-0889

Exhibit H

**<image001.png>**

**From:** Mike Bennett <info@genesconstruction.net>
**Sent:** Friday, April 22, 2022 12:02 PM
**To:** Garcia, Airanne <AGARCI14@travelers.com>
**Subject:** [External] Claim FWH6865

**CAUTION: This email came from outside of Travelers.**
**Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is info@genesconstruction.net.**

Airanne,

I have sent in the estimate for repairs to the unit to Bryan Ernst for review. The parts for the unit are on backorder with an estimated 8mth delay. I have not been able to locate a rental unit to continue business as usual. Therefore what is the procedure for requesting Loss of use?

Regards

Mike Bennett
214-730-5055
info@genesconstruction.net
Https://genesconstruction.net

Disclaimer Regarding Uniform Electronic Transactions Act ["UETA"].
If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication: contract formation in this matter shall occur only with manually-affixed original signatures on original documents. Nothing contained herein is legally binding on the sender and you may not rely on it.
This e-mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, notify them of the error and delete this message. Unintended transmission shall not constitute a waiver of the attorney-client or any other privilege.

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

**UNSWORN DECLARATION OF MICHAEL BENNETT**

1. My name is Michael Bennett, and I am the owner of Genes Construction, LLC, my date of birth is 11 October 1973, and my address is 1205 Chandler Circle, Prosper, Texas 75078.

2. The factual allegations contained in the "Plaintiffs' Original Petition" are true and correct.

3. This Original Petition is for the recovery of money owed by Smyrna Ready Mix Concrete, LLC, for the total destruction my 2018 Transcrete P60 concrete Pump.

4. "I declare under penalty of perjury that the foregoing is true and correct."

Michael Bennett

Michael Bennett

9/15/2022

Date

**STATE OF TEXAS**
**COUNTY OF DALLAS** }

I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this instrument to be a true and correct copy of the original as appears on record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office In Dallas, Texas, this 1st day of NOV, A.D., 2022

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS

By Jimmy Beaird Deputy

Jimmy Beaird

1 CIT ESERVE

FILED
10/5/2022 10:16 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Brandon Keys DEPUTY

CAUSE NO. DC-22-13436

| | |
|---|---|
| Genes Construction, LLC<br>Plaintiff, | IN THE DISTRICT COURT |
| v. | 192nd JUDICIAL DISTRICT |
| Smyrna Ready Mix Concrete, LLC,<br>and Driver<br>Defendant. | DALLAS COUNTY, TEXAS |

## PLAINTIFFS NOTICE FOR ISSUANCE OF CITATION

Plaintiff, Genes Construction, LLC, file this original petition against defendant, Smyrna Ready Mix Concrete, LLC, and alleges as follows:

**DISCOVERY-CONTROL PLAN**

1. Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.4 and affirmatively pleads that this suit is not governed by the expedited actions process in Texas Rule of Civil Procedure 169, plaintiff seeks monetary relief over $250,000.00.

**CLAIM FOR RELIEF**

2. Plaintiff seeks monetary relief over $250,000 but not more than $1,000,000, plus attorney's fees and costs.

**PARTIES**

3. Plaintiff, Genes Construction, LLC, is a limited liability company its registered agent is, Mosser Law PLLC, at 8100 Dallas Parkway, Suite 115A, Plano, TX 75024.
4. **CITATION REQUESTED**: DEFENDANT, Smyrna Ready Mix Concrete, LLC, is a limited liability company, registered in Texas, whose address is 2895 W Commerce St, Dallas, TX 75212, and may be served with process through its registered agent Jeffrey Hollingshead, 5303 S. Lake Houston Pkwy Houston, Texas 77049. **CITATION REQUESTED**
5. Add Driver UNKNOWN
6. **PLEASE DELIVER THE REQUESTED CITATION TO MOSSER LAW PLLC, VIA ESERV** to CourtDocuments@MosserLaw.com.

Respectfully submitted, on 5 October 2022, by *MOSSER LAW PLLC*
By: /s/ James C. Mosser

James C. Mosser
Texas Bar No. 00789784
Nicholas D. Mosser
Texas Bar No. 24075405
Jacob R. Barfield
Texas Bar No. 24129303
Email: courtdocuments@mosserlaw.com
8100 Dallas Parkway
Suite 115A
Plano, TX 75024
Tel. (972) 733-3223
Lawyers for Plaintiff

## PLAINTIFF'S NOTICE FOR ISSUANCE OF CITATION

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

James Mosser on behalf of James Mosser
Bar No. 00789784
CourtDocuments@MosserLaw.com
Envelope ID: 68914055
Status as of 10/8/2022 9:07 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James Mosser | | courtdocuments@MosserLaw.com | 10/5/2022 10:16:10 AM | SENT |

STATE OF TEXAS }
COUNTY OF DALLAS }

I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this Instrument to be a true and correct copy of the original as appears on record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this 1 day of November A.D., 2022

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS
By Adrienne Heads Deputy
Adrienne Heads

FORM NO. 353-3—CITATION

# THE STATE OF TEXAS

**To:** **SMYRNA READY MIX CONCRETE, LLC,**
**REGISTERED AGENT JEFFREY HOLLINGSHEAD**
**5303 S LAKE HOUSTON PKWY**
**HOUSTON TX 77049**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **192nd District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **GENES CONSTRUCTION, LLC**

Filed in said Court **27th day of September, 2022** against

**SMYRNA READY MIX CONCRETE, LLC,; JOHN DOE DRIVER**

For Suit, said suit being numbered **DC-22-13436,** the nature of which demand is as follows:
Suit on **OTHER (CIVIL)** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 10th day of October, 2022**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

By ____________, Deputy
**SADAF RAJPUT**

**ESERVE**

## CITATION

**No.: DC-22-13436**

**GENES CONSTRUCTION, LLC**
**vs.**
**SMYRNA READY MIX CONCRETE, LLC., et al**

**ISSUED**
**on this the 10th day of October, 2022**

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: **SADAF RAJPUT**, Deputy

**Attorney for Plaintiff**
**JAMES C MOSSER**
MOSSER LAW PLLC
8100 DALLAS PKWY
STE 115A
PLANO TX 75024
972-733-3223 x101
courtdocuments@mosserlaw.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

## OFFICER'S RETURN

Cause No. DC-22-13436

Court No.: 192nd District Court

Style: GENES CONSTRUCTION, LLC
vs.
SMYRNA READY MIX CONCRETE, LLC,, et al

Came to hand on the ________________day of ______________________, 20_________, at _________o'clock _________.M. Executed at ____________________________________________, within the County of _______________________ at __________ o'clock ______ .M. on the ______________day of____________________________________, 20__________, by delivering to the within named

____________________________________________________________________________________________

____________________________________________________________________________________________

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _________miles and my fees are as follows: To certify which witness my hand.

For serving Citation $__________ ________________________________________

For mileage $__________ of________________ County, _________________

For Notary $__________ By__________________________________ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said______________________________ before me this_______ day of _______________________,

20______, to certify which witness my hand and seal of office.

____________________________________

Notary Public____________ County__________

**STATE OF TEXAS**
**COUNTY OF DALLAS**

**I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this instrument to be a true and correct copy of the original as appears on record in my office.**

**GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this** 1 **day of** November **A.D.,** 2022

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS
By Adrienne Heads Deputy

Adrienne Heads

FILED
10/17/2022 9:19 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Daniel Macias DEPUTY

DC-22-13436

CAUSE NO.________________

| | |
|---|---|
| Genes Construction, LLC<br>Plaintiff, | IN THE DISTRICT COURT |
| v. | 192nd<br>_____ JUDICIAL DISTRICT |
| Smyrna Ready Mix Concrete, LLC,<br>and John Doe Driver<br>Defendant. | DALLAS COUNTY, TEXAS |

## RETURN OF SERVICE

On October 11, 2022 at 10:00 A.M., I received *Citation* in the above numbered and entitled cause to be served on defendant **Smyrna Ready Mix Concrete, LLC** by and through its registered agent Jeffrey Hollingshead. I executed said citation on **October 12, 2022 at 4:20 P.M.**, by delivering a copy of it with the date of delivery endorsed thereon together with a copy of the Plaintiff's Original Petition attached thereto to Amy Tolleson in person at 5303 S. Lake Houston Pkwy Houston, Texas 77049. Ms. Tolleson stated she was authorized to accept service on behalf of Jeffrey Hollingshead.

My name is Gabriel Rodriquez. My date of birth is February 24, 1974, and my address is 3227 Park Garden Drive, Kingwood, Texas 77339 USA. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, State of Texas on October 16, 2022.

Declarant ____________________

**Gabriel Rodriguez PSC 12665**
**Expires 05/31/2024**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 69266643

Status as of 10/18/2022 11:49 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James Mosser | | courtdocuments@MosserLaw.com | 10/17/2022 9:19:31 AM | SENT |

STATE OF TEXAS }
COUNTY OF DALLAS }

I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this Instrument to be a true and correct copy of the original as appears on record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this 1 day of November A.D., 2022

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS
By Adrienne Heads Deputy

Adrienne Heads

FILED
10/27/2022 2:30 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Treva Parker-Ayodele DEPUTY

**CAUSE NO. DC-22-13436**

| | | |
|---|---|---|
| **GENES CONSTRUCTION, LLC, PLAINTIFF,** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **VS.** | § | **192ND JUDICIAL DISTRICT** |
| | § | |
| **SMYRNA READY MIX CONCRETE, LLC, AND JOHN DOE DRIVER, DEFENDANTS.** | § | |
| | § | |
| | § | **DALLAS COUNTY, TEXAS** |

**DEFENDANT SMYRNA READY MIX CONCRETE, LLC'S ORIGINAL ANSWER**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Smyrna Ready Mix Concrete, LLC, Defendant in the above-entitled and numbered cause, and in response to Plaintiff's Original Petition states to the Court and jury the following:

1. Pursuant to Rule 92 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant enters this General Denial, and Defendant denies generally, each and every, all and singular, the allegations contained in Plaintiff's Original Petition and demands strict proof thereof.

2. Defendant Smyrna Ready Mix Concrete, LLC demands a jury trial.

3. In the alternative, and without waiving the foregoing, Defendant would show that the injuries complained of may have been caused by the acts of third persons or instrumentalities in no way connected with the Defendant.

4. Defendant would show that Plaintiff failed to mitigate its damages. Accordingly, Defendant is entitled to an instruction to the jury that they are not to consider elements of damages incurred and caused by Plaintiff's failure to mitigate its damages. Since Plaintiff has been paid the full legal measure of its damages, Plaintiff was required to "cover" or take other reasonable steps to mitigate its own damages.

5. Defendant pleads the doctrine of accord and satisfaction. Plaintiff has already been compensated for damage to its claimed equipment to the full measure allowed by law.

6. Defendant pleads the doctrine of settlement and payment. Plaintiff and Defendant have already reached a settlement on the alleged property damage. That settlement has been fully completed and funded. To the extent allowed, Defendant asserts that Plaintiff has breached the applicable settlement agreement and thus, Defendant is entitled to recover its reasonable and necessary attorney fees incurred in defending such settled claims, for which it prays.

7. Defendant hereby gives notice of its intention to use at trial or any hearing any document produced by Plaintiff in response to written discovery.

WHEREFORE, PREMISES CONSIDERED, Defendant having fully answered herein, prays that Plaintiff take nothing by reason of this suit, that Defendant go hence without delay and recover costs of Court, and for such other and further relief, both general and special, at law and in equity, to which Defendant may be justly entitled.

Respectfully Submitted,

AYIK & ASSOCIATES

*<u>/s/ Wesley W. Chambers</u>*
WESLEY W. CHAMBERS
Texas Bar No. 04083500
Mailing address:
P.O. Box 64093
St. Paul, MN 55164-0093
Physical address:
1301 E. Collins Blvd., Suite 490
Richardson, TX 75081
Direct Telephone: 214-570-6288
Telephone: 214-570-6300
Facsimile: 214-570-6262
Email: wwchambe@travelers.com
ATTORNEYS FOR DEFENDANT
SMYRNA READY MIX CONCRETE

**CERTIFICATE OF SERVICE**

This is to certify that, on this the 27th day of October, 2022, a true and correct copy of the foregoing document was forwarded to all counsel of record as follows:

James C. Mosser
Nicholas D. Mosser
Jacob R. Barfield
Mosser Law PLLC
8100 Dallas Parkway, Suite 115A
Plano, TX 75024
Email: courtdocuments@mosserlaw.com
Attorneys for Plaintiff Genes Construction, LLC

____ Hand Delivery
____ Facsimile
____ Certified Mail, Return Receipt Requested
____ Receipted Commercial Delivery
____ Regular U.S. Mail
_x_ Electronic E-service

*/s/ Wesley W. Chambers*
WESLEY W. CHAMBERS

STATE OF TEXAS
COUNTY OF DALLAS

I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this instrument to be a true and correct copy of the original as appears on record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this 1 day of November A.D., 2022

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS
By Adrienne Heads Deputy
Adrienne Heads

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Eileen Prestel on behalf of Wesley Chambers
Bar No. 4083500
eprestel@travelers.com
Envelope ID: 69638512
Status as of 10/27/2022 3:09 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James Mosser | | courtdocuments@MosserLaw.com | 10/27/2022 2:30:39 PM | SENT |
| Wesley WChambers | | wwchambe@travelers.com | 10/27/2022 2:30:39 PM | SENT |
| Eileen MPrestel | | eprestel@travelers.com | 10/27/2022 2:30:39 PM | SENT |

CAUSE NO. DC-22-13436

| | |
|---|---|
| **GENES CONSTRUCTION, LLC**<br>**vs.**<br>**SMYRNA READY MIX CONCRETE, LLC,, et al** | In the District Court<br>Dallas County, Texas<br>192nd District Court |

**UNIFORM SCHEDULING ORDER (LEVEL 3)**
(Revised June 1, 2002)

In accordance with Rules 166, 190 and 192 of the Texas Rules of Civil Procedure, the Court makes the following order to control the schedule of this cause.

1. This case will be ready and is set for non-jury trial on 04/08/2024at 9:00 AM (the "Initial Trial Setting"). Reset or continuance of the Initial Trial Setting will not alter any deadline in this Order or established by the Texas Rules of Civil Procedure, unless otherwise provided by order. If not reached as set, the case may be carried to the next week.

2. Pretrial matters will be complete by the following dates:

a. amended pleadings asserting new causes of action or defenses ................. 120 days before the Initial Trial Setting
b. fact discovery closes ..................................... 105 days before the Initial Trial Setting
c. party seeking affirmative relief to designate experts & provide reports.............................. 105 days before the Initial Trial Setting
d. party opposing affirmative relief to designate experts & provide reports............................. 90 days before the Initial Trial Setting
e. designation of rebuttal experts & provide reports .......................................... 75 days before the Initial Trial Setting
f. all expert discovery closes ............................ 45 days before the Initial Trial Setting
g. other amended pleadings.............................. 45 days before the Initial Trial Setting

The parties may by written agreement alter these deadlines. Amended pleadings responsive to timely filed pleadings under this schedule may be filed after the deadline for amended pleadings if filed within two (2) weeks after the pleading to which they respond. Except by agreement of the party, leave of court, or where expressly authorized by the Texas Rules of Civil Procedure, no party may obtain discovery of information subject to disclosure under Rule 194 by any other form of discovery.

3. Any objection or motion to exclude or limit expert testimony due to qualification of the expert or reliability of the opinions must be filed no later than seven (7) days after the close of expert discovery, or such objection is waived. Any motion to compel responses to discovery (other than relating to factual matters arising after the end of fact discovery) must be filed no later than seven (7) days after the close of fact discovery or such complaint is waived, except for the sanction of exclusion under Rule 193.6

4. Each side may have 75 hours of depositions and each party may have 50 interrogatories, subject to the conditions of Rule 190.3(b)(2) and (3).

5. No additional parties may be joined more than eight (8) months after the commencement of this case except on motion for leave showing good cause. This paragraph does not otherwise alter the requirements of Rule 38. The party joining an additional party shall serve a copy of this Order on the new party concurrently with the pleading joining that party.

6. The parties shall mediate this case no later than thirty (30) days before the Initial Trial Setting, unless otherwise provided by court order. Mediation will be conducted in accordance with the Standing Dallas County Civil District Court Order Regarding Mediation, which is available from the Dallas County ADR Coordinator. All parties shall contact the mediator to arrange the mediation.

X☐ The mediator may be selected by agreement of all parties; if one cannot be agreed upon within ninety (90) days **TBD** is hereby appointed mediator. The parties must advise both the Court and the mediator in writing of any agreed mediator within ninety (90) days of the date this Order is signed. Any mediator substitution requested beyond such time may only be made by motion for submission to the Court for good cause and under extraordinary circumstances.

X☐ Unless otherwise ordered by the Court, the parties shall select a mediator by agreement; if the parties are unable to agree on a mediator, they shall advise the Court within ninety (90) days of the date of this order; the Court will then appoint a mediator.

7. Fourteen (14) days before the Initial Trial Setting, the parties shall exchange designations of deposition testimony to be offered in direct examination and a list of exhibits, including any demonstrative aids and affidavits, and shall exchange copies of any exhibits not previously produced in discovery; over-designation is strongly discouraged and may be sanctioned. Except for records to be offered by way of business record affidavits, each exhibit must be identified separately and not by category or group designation. Ten (10) days before the Initial Trial Setting, the parties shall exchange in writing their objections to the opposing party's proposed exhibits, including objections under Rule 193.7, and deposition testimony. On or before ten(10)days before the Initial Trial Setting, the attorneys in charge for all parties shall meet in person to confer on stipulations regarding the materials to be submitted to the Court under this paragraph and attempt to maximize agreement on such matters. By 4 p.m. on the Thursday before the Initial Trial Setting, the parties shall file with the Court the materials stated in Rule 166(d)-(m), an estimate of the length of trial, designation of deposition testimony to be offered in direct examination, and any motions in limine. Failure to file such materials may result in dismissal for want of prosecution or other appropriate sanction.

Plaintiff/Plaintiff's counsel shall serve a copy of this order on any currently named defendants answering after the date of this order.

SIGNED **10/27/2022 4:09:48 PM** ________, ________.

K. Williams

**District Judge**

cc: Counsel of Record/Pro Se Parties and Mediator

STATE OF TEXAS }
COUNTY OF DALLAS }

I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this Instrument to be a true and correct copy of the original as appears on record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this 1 day of November A.D., 2022

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS
By Adriene Heads Deputy
Adrienne Heads

192nd District Court
George L Allen, Sr. Courts Building
600 Commerce Street
Dallas, Texas 75202-4627
Telephone 214-653-7709

SMYRNA READY MIX CONCRETE, LLC,
REGISTERED AGENT JEFFREY HOLLINGSHEAD
5303 S LAKE HOUSTON PKWY
HOUSTON TX 77049

10/27/2022

RE: DC-22-13436
GENES CONSTRUCTION, LLC
vs.
SMYRNA READY MIX CONCRETE, LLC,, et al

Dear Counsel of Record:

PLEASE SEE ATTACHMENTS ***OR*** NOTE THE FOLLOWING:

ORDER(S) SIGNED 10/27/2022 IS NOW AVAILABLE FOR VIEWING ONLINE.

CC: JOHN DOE DRIVER
No Known Address
SMYRNA READY MIX CONCRETE LLC
REGISTERED AGENT JEFFREY HOLLINGSHEAD
5303 S LAKE HOUSTON PKWY
HOUSTON TX 77049
JAMES C MOSSER
MOSSER LAW PLLC
8100 DALLAS PKWY
STE 115A
PLANO TX 75024

***SETTLEMENTS MUST BE REPORTED TO THE COURT IN WRITING***
***PLEASE CONTACT THE COURT CLERK AT 214-653-7748 TO SET OR CANCEL A HEARING ON THE COURT'S MOTION DOCKET***

Review your case information at: http://courts.dallascounty.org/
Review court documents on-line at: http://www.dallascounty.org/public_access.html

STATE OF TEXAS }
COUNTY OF DALLAS }

I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this instrument to be a true and correct copy of the original as appears on record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this 1 day of November A.D., 2022

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS

By Adrienne Heads Deputy

Adrienne Heads

192nd District Court
George L Allen, Sr. Courts Building
600 Commerce Street
Dallas, Texas 75202-4627
Telephone 214-653-7709

JOHN DOE DRIVER
No Known Address

10/27/2022

RE: DC-22-13436
GENES CONSTRUCTION, LLC
vs.
SMYRNA READY MIX CONCRETE, LLC,, et al

Dear Counsel of Record:

PLEASE SEE ATTACHMENTS ***OR*** NOTE THE FOLLOWING:

ORDER(S) SIGNED 10/27/2022 IS NOW AVAILABLE FOR VIEWING ONLINE.

CC: JOHN DOE DRIVER
No Known Address
SMYRNA READY MIX CONCRETE LLC
REGISTERED AGENT JEFFREY HOLLINGSHEAD
5303 S LAKE HOUSTON PKWY
HOUSTON TX 77049
JAMES C MOSSER
MOSSER LAW PLLC
8100 DALLAS PKWY
STE 115A
PLANO TX 75024

***SETTLEMENTS MUST BE REPORTED TO THE COURT IN WRITING***

***PLEASE CONTACT THE COURT CLERK AT 214-653-7748 TO SET OR CANCEL A HEARING ON THE COURT'S MOTION DOCKET***

Review your case information at: http://courts.dallascounty.org/

Review court documents on-line at: http://www.dallascounty.org/public_access.html

STATE OF TEXAS }
COUNTY OF DALLAS }

I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this instrument to be a true and correct copy of the original as appears on record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this 1 day of November, A.D., 2022

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS
By Adrienne Heads Deputy

Adrienne Heads

192nd District Court
George L Allen, Sr. Courts Building
600 Commerce Street
Dallas, Texas 75202-4627
Telephone 214-653-7709

JAMES C MOSSER
MOSSER LAW PLLC
8100 DALLAS PKWY
STE 115A
PLANO TX 75024

10/27/2022

RE: DC-22-13436
GENES CONSTRUCTION, LLC
vs.
SMYRNA READY MIX CONCRETE, LLC,, et al

Dear Counsel of Record:

PLEASE SEE ATTACHMENTS ***OR*** NOTE THE FOLLOWING:

ORDER(S) SIGNED 10/27/2022 IS NOW AVAILABLE FOR VIEWING ONLINE.

CC: JOHN DOE DRIVER
No Known Address
SMYRNA READY MIX CONCRETE LLC
REGISTERED AGENT JEFFREY HOLLINGSHEAD
5303 S LAKE HOUSTON PKWY
HOUSTON TX 77049
JAMES C MOSSER
MOSSER LAW PLLC
8100 DALLAS PKWY
STE 115A
PLANO TX 75024

***SETTLEMENTS MUST BE REPORTED TO THE COURT IN WRITING***
***PLEASE CONTACT THE COURT CLERK AT 214-653-7748 TO SET OR CANCEL A HEARING ON THE COURT'S MOTION DOCKET***

Review your case information at: http://courts.dallascounty.org/
Review court documents on-line at: http://www.dallascounty.org/public_access.html

STATE OF TEXAS }
COUNTY OF DALLAS }

I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this Instrument to be a true and correct copy of the original as appears on record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this 1 day of November, A.D., 2022

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS
By Adrienne Heads Deputy

Adrienne Heads

192nd District Court
George L Allen, Sr. Courts Building
600 Commerce Street
Dallas, Texas 75202-4627
Telephone 214-653-7709

JOHN DOE DRIVER
No Known Address

10/27/2022

RE: DC-22-13436
GENES CONSTRUCTION, LLC
vs.
SMYRNA READY MIX CONCRETE, LLC,, et al

Dear Counsel of Record:

PLEASE TAKE NOTE OF THE FOLLOWING SETTING
ON THE COURT'S TWO-WEEK DOCKET:

**NON-JURY TRIAL**: 04/08/2024 at 9:00 AM.

Trial announcements must be made in accordance with Rule 3.02, Local Rules of the Civil Courts of Dallas County, Texas.

All remaining provisions of the Pre-Trial Order or Scheduling Order previously issued remains in effect.

Sincerely,
Judge Kristina Williams
192nd District Court

STATE OF TEXAS }
COUNTY OF DALLAS }

I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this instrument to be a true and correct copy of the original as appears on record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this 1 day of November A.D., 2022

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS

By Adriene Heads Deputy

Adrienne Heads

192nd District Court
George L. Allen, Sr. Courts Building
600 Commerce Street
Dallas, Texas 75202-4627
Telephone 214-653-7709

JAMES C MOSSER
MOSSER LAW PLLC
8100 DALLAS PKWY
STE 115A
PLANO TX 75024

10/27/2022

RE: DC-22-13436
GENES CONSTRUCTION, LLC
vs.
SMYRNA READY MIX CONCRETE, LLC,, et al

Dear Counsel of Record:

PLEASE TAKE NOTE OF THE FOLLOWING SETTING
ON THE COURT'S TWO-WEEK DOCKET:

**NON-JURY TRIAL:** 04/08/2024 at 9:00 AM.

Trial announcements must be made in accordance with Rule 3.02, Local Rules of the Civil Courts of Dallas County, Texas.

All remaining provisions of the Pre-Trial Order or Scheduling Order previously issued remains in effect.

Sincerely,
Judge Kristina Williams
192nd District Court

STATE OF TEXAS }
COUNTY OF DALLAS }

I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this instrument to be a true and correct copy of the original as appears on record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this 1 day of November A.D., 2022

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS
By Adrienne Heads Deputy
Adrienne Heads

192nd District Court
George L Allen, Sr. Courts Building
600 Commerce Street
Dallas, Texas 75202-4627
Telephone 214-653-7709

SMYRNA READY MIX CONCRETE, LLC,
REGISTERED AGENT JEFFREY HOLLINGSHEAD
5303 S LAKE HOUSTON PKWY
HOUSTON TX 77049

10/27/2022

RE: DC-22-13436
GENES CONSTRUCTION, LLC
vs.
SMYRNA READY MIX CONCRETE, LLC,, et al

Dear Counsel of Record:

PLEASE TAKE NOTE OF THE FOLLOWING SETTING
ON THE COURT'S TWO-WEEK DOCKET:

**NON-JURY TRIAL**: 04/08/2024 at 9:00 AM.

Trial announcements must be made in accordance with Rule 3.02, Local Rules of the Civil Courts of Dallas County, Texas.

All remaining provisions of the Pre-Trial Order or Scheduling Order previously issued remains in effect.

Sincerely,
Judge Kristina Williams
192nd District Court

STATE OF TEXAS }
COUNTY OF DALLAS }

I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this instrument to be a true and correct copy of the original as appears on record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this 1 day of November A.D., 2022

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS

By Adrienne Heads Deputy

Adrienne Heads